No. 01–10155. BENNETT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10158. BRINKLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10163. RIANO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–10166. LOCKETT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10167. MALLOY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10170. PEREZ-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–803. HOPKINS, WARDEN v. NEWMAN. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 01–820. REYNOLDS, SUPERINTENDENT, MOHAWK CORRECTIONAL FACILITY v. MORRIS. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 01–1180. FLORIDA v. PULLEN. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 01–1475. TEXAS v. VICIOSO. Ct. App. Tex., 10th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.